UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DIANE FRANCIOSI,

                Plaintiff,

v.

DELTA AIR LINES, INC.,

                Defendant.

_____/

Case No. 15-10855

SENIOR U.S. DISTRICT JUDGE
ARTHUR J. TARNOW

U.S. MAGISTRATE JUDGE
MICHAEL HLUCHANIUK

**ORDER ADOPTING REPORT AND RECOMMENDATION [36] AND REMANDING CASE TO WAYNE COUNTY CIRCUIT COURT**

On January 3, 2016, the Magistrate Judge issued an Order Granting Plaintiff's Motion for Leave to File Amended Complaint and Report and Recommendation to Remand Case to Wayne County Circuit Court [Dkt. #36]. No party filed any objection to the Magistrate Judge's Report and Recommendation. The Court having reviewed the record,

**IT IS ORDERED** that the Report and Recommendation [36] is **ADOPTED** and entered as the findings and conclusions of the Court.

**IT IS FURTHER ORDERED** that this case is **REMANDED** to the Wayne County Circuit Court.

**SO ORDERED**.

                s/Arthur J. Tarnow
                Arthur J. Tarnow
Dated: January 25, 2016      Senior United States District Judge